UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16cv61698

KENICKAY PRENDERGAST,

    Plaintiff,

v.

ANDREU, PALMA, LAVIN & SOLIS, PLLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, KENICKAY PRENDERGAST, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 17, 2016                    Respectfully Submitted,

                                              /s/ Jibrael S. Hindi
                                           **JIBRAEL S. HINDI, ESQ.**
                                             Florida Bar No.: 118259
                                             E-mail:   jibrael@jibraellaw.com
                                             The Law Offices of Jibrael S. Hindi
                                             110 SE 6th Street, Suite 1700
                                             Fort Lauderdale, Florida 33301
                                             Phone:   954-907-1136
                                             Fax:      844-542-7235

                                             *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1700
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:     844-542-7235